UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA GEANNA MACLEOD,<br><br>                  Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>                  Defendant. | Case No.: 18cv1873-LAB (LL)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, AND REMANDING FOR FURTHER PROCEEDINGS** |

Plaintiff filed her complaint seeking judicial review of a decision by the Commissioner of Social Security denying her application for a period of disability and disability insurance benefits. This matter was referred to Magistrate Judge Jan Adler for a report and recommendation. Later, Magistrate Judge Robert Block was appointed, and the referral became his responsibility. The parties filed cross motions for summary judgment.

On May 29, 2019, Judge Block issued his report and recommendation (the "R&R"), which recommended granting Plaintiff's motion and denying Defendant's. Objections to the R&R were due within 14 days, *i.e.*, by June 12, but neither party has filed any.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge

must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id*. "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This section does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).

The Court has reviewed the R&R, finds it to be correct, and **ADOPTS** it. Plaintiff's motion (Docket no. 18) is **GRANTED** and Defendant's motion (Docket no. 24) is **DENIED.** The Commissioner's decision is **REVERSED** and this matter is **ORDERED** remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The orders to show cause issued earlier in the case are **DISCHARGED**.

**IT IS SO ORDERED**.

Dated: June 24, 2019

Hon. Larry Alan Burns
Chief United States District Judge